1  COX & MOYER
   Scott J. Allen (State Bar #178925)
2  703 Market Street, Suite 1800
   San Francisco, CA 94103
3  Tel: (415) 543-9464
   Fax: (415) 777-1828
4
   Attorneys for Plaintiffs

United States District Court for the

Eastern District of California

| | |
|---|---|
| DELMAR CALLAWAY, DAVID DOYLE, JUDY DOYLE, SHEILA GUERRA, MAYNARD GAINES, ANTHONY PIERCY, LINDA PIERCY, CHARLES YARBOROUGH, IMOGENE ZANDER, FREDDIE McLAURIN, AND ARC ECOLOGY, <br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE AIR FORCE, UNITED STATES DEPARTMENT OF DEFENSE, and DONALD RUMSFELD IN HIS OFFICIAL CAPACITY AS UNITED STATES SECRETARY OF DEFENSE,<br><br>Defendants | No:   CIV. S-01-0574 MCE GGH<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

WHEREAS, Plaintiff filed their complaint in this case on April 9, 2001, which asserted three causes of action.

WHEREAS, this Court dismissed Plaintiffs' first and second causes of action in an order dated September 6, 2001.

WHEREAS, on October 21, 2003, the Court issued a Memorandum and Order which granted in part and denied in part a summary judgment motion filed by the Defendant and denied a cross-motion for summary judgement filed by the Plaintiffs

1     WHEREAS, the Plaintiff's third cause of action remains before the Court.

2     NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties,
3 acting by and through the undersigned counsel of record, stipulate as follows:

4     1. The Plaintiffs' Complaint, and each of the claims and causes of action asserted therein,
5 should be dismissed with prejudice.

6     2. Each party shall bear its own fees and costs.

8 Dated    June 29, 2005           COX & MOYER

10                                           By:     /s/
                                                SCOTT J. ALLEN
11                                                 Attorneys for Plaintiffs

13                                        KELLY A. JOHNSON
                                       Acting Assistant Attorney General
14                                        Environment and Natural Resources Division

17 Dated: June 29, 2005                         /s/
                                       BLAKE C. NIELSEN
18                                        United States Department of Justice
                                       Environmental & Natural Resources Division
                                       Environmental Defense Section
19                                        P.O. Box 23986
                                       Washington, D.C. 20026-3986
20                                        (202) 514-1978
                                       FAX (202) 514-8865

22                                        JOHN K. VINCENT
                                       United States Attorney

23                                        YOSHINORI HIMEL
                                       Assistant United States Attorney
24                                        Eastern District of California
                                       501 I Street, Suite 10-100
25                                        Sacramento, CA 95814
                                       (916) 554-2700
26
                                       Attorneys for Defendants

COX & MOYER
703 Market St., Ste 1800
San Francisco, CA 94103

# [PROPOSED] ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, this Court hereby orders as follows:

1. The Plaintiffs' complaint, and all claims and causes of action asserted therein, is hereby dismissed with prejudice.

2. The parties are to bear their own costs and attorneys fees incurred in this litigation.

**IT IS SO ORDERED.**

Dated: July 1, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE